United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 24-3016             September Term, 2024

FILED ON: JANUARY 21, 2025

UNITED STATES OF AMERICA,
    APPELLEE

v.

RALPH JOSEPH CELENTANO, III, ALSO KNOWN AS RALPH JOSEPH CELENTO, III,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cr-00186-1)

Before: MILLETT and RAO, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

## **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Celentano's conviction on Count One be vacated; Celentano's sentence be vacated and remanded for resentencing; and the case be remanded, except Count Seven, to the district court for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

BY:    /s/

            Daniel J. Reidy
            Deputy Clerk

Date: January 21, 2025

Opinion for the court by Senior Circuit Judge Rogers.